# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-2720 PA (MRWx) | Date | December 12, 2019 |
|---|---|---|---|
| Title | Arroyo v. Kazmo LLC | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE

    1.    Plaintiff filed a discovery motion that is not in the joint format mandated under the Local Rules. (Docket # 33.) The motion is accompanied by a statement that indicates that Defendant failed to respond to a request to confer in accordance with this Court's Local Rule 37-1. (Docket # 33-2 at 2.)

    2.    A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Defendant is ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process <u>and</u> to submit a substantive response to the discovery motion by <u>December 20, at 12:00 p.m.</u> If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings. The Court will also award expenses to the moving party as required under Federal Rule of Civil Procedure 37(a)(5).