UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., | CV 19-2720 PA (MRWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| KAZMO, LLC, and STAFFING AND MANAGEMENT GROUP, INC., | |
| Defendants. | |

Pursuant to the Court's March 5, 2020 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: March 5, 2020

                                                             Percy Anderson
                                   UNITED STATES DISTRICT JUDGE