JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., | CV 19-2720 PA (MRWx) |
| Plaintiff, | AMENDED JUDGMENT |
| v. | |
| KAZMO, LLC, and STAFFING AND MANAGEMENT GROUP, INC., | |
| Defendants. | |

Pursuant to the Mandate issued by the United States Court of Appeals for the Ninth Circuit, and plaintiff Rafael Arroyo, Jr.'s ("Plaintiff") acceptance of the Federal Rule of Civil Procedure 68 Offer of Judgment made by defendants Kazmo, LLC and Staffing and Management Group, Inc. (collectively "Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of Plaintiff, and against Defendants, jointly and severally, in the sum of $5,000.00. This amount shall be the total amount paid by Defendants in relation to any liability claimed in the Case No. CV 19-2720 PA (MRWx) (the ("Action"), including all costs, and attorneys' fees, otherwise recoverable in the Action by Plaintiff.

2. Defendants shall bring the property located at 4311 South Street, Lakewood, California (the "Property"), into compliance with the Americans with Disabilities Act

1  Architectural Guidelines ("ADAAG"), as to barriers alleged in the Complaint, within 180
2  days.  Defendants shall also maintain the Property in compliance with the ADAAG, as to
3  barriers alleged in the Complaint, and to have the Property available for inspection by
4  Plaintiff, within 10 days written notice, served via certified mail.

6  DATED: March 8, 2021                           _____
                                                               Percy Anderson
                                                      UNITED STATES DISTRICT JUDGE

-2-